Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–1868. UNUM LIFE INSURANCE COMPANY OF AMERICA *v.* WARD. C. A. 9th Cir. [Certiorari granted, *ante*, p. 928.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–6. EL PASO NATURAL GAS CO. ET AL. *v.* NEZTSOSIE ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 928.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–208. KOLSTAD *v.* AMERICAN DENTAL ASSOCIATION. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 960.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–10. JEFFERSON COUNTY, ALABAMA *v.* ACKER, SENIOR JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ALABAMA, ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 1039.] Motion of the parties to dispense with printing the joint appendix granted.

No. 98–7024. LANDSBERGER *v.* SCHAFER, JUDGE, SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY, ET AL. C. A. 9th Cir.; and

No. 98–7374. THIELE *v.* UNITED STATES. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 16, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7311. VAN WAGNER *v.* HENRY, WARDEN. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until February 16, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7358. IN RE MOORE; and

No. 98–7445. IN RE HILL. Petitions for writs of habeas corpus denied.

No. 98–7343. IN RE DUNN. Petition for writ of mandamus denied.